Case Name:  BENJAMIN M. STROEMER
Case No:    05 B 76275

## CERTIFICATION OF REVIEW

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 8/1/06                       WILLIAM T. NEARY
                                     United States Trustee, Region 11

                                BY:   _/s/_____
                                      SHEREE G. DANDURAND
                                      Assistant U.S. Trustee