IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:  
STROEMER, BENJAMIN M.

CHAPTER 7

CASE NO. 05-76275 MB

Debtor.

Judge MANUEL BARBOSA

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 115
        Rockford, IL 61101

   on:  August 30, 2006
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER, Trustee | $ 0.00 | $ 2,981.54 | $ 5.85 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $       22,315.35
   b. Disbursements                         $            0.00
   C. Net Cash Available for Distribution   $       22,315.35

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $7,574.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $11,753.96, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $37,621.91, resulting in an approximate distribution of 31.24% to unsecured creditors.

6. The Debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   August 1, 2006                      /s/ Thomas J. Lester
                                            THOMAS J. LESTER, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cbachman              Page 1 of 1          Date Rcvd: Aug 02, 2006
Case: 05-76275                 Form ID: pdf002             Total Served: 22
```

The following entities were served by first class mail on Aug 04, 2006.
```
db           +Benjamin M. Stroemer,    5121 E. State St., Apt. B 310,    Rockford, IL 61108-2345
aty          +Jeffrey A Bivens,    Jeffrey A. Bivens, PC,    5844 Elaine Drive,    Rockford, IL 61108-2494
tr            Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL  61105-1389
10127315     +Appleton Medical Center,    1818 N. Meade St.,    Appleton, WI 54911-3496
10127316      Chase,    PO Box 52195,    Phoenix, AZ 85072-2195
10127317      Chase,    P.O. Box 15651,    Wilmington, DE 19886-5651
10722526     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Ave, Suite 900,
               Seattle, WA 98121-2339
10127318     +Citibank,    PO Box 6000,    The Lakes, NV 89163-0001
10127319      Citibank,    PO Box 8001,    South Hackensack, NJ 07606-8001
10575044     +Dr Hanif,    5668 E State St,    Rockford, Il 61108-2490
10127323      Elizabeth Stroemer,    5195 - 26th Rd.,    Wild Rose, WI 54984
10575045     +Fox Valley Surgical Associates,    1818 N Meade St  Ste 240  West,    Appleton, WI 54911-3454
10127325    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,    230 S Dearborn St,
               Chicago, IL 60604-1505)
10127324     +Illinois Dept of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph,
               Chicago, IL 60601-3218
10127326   +++MBNA America Bank,    Mailstop DE5-014-02-03,    POB 15168,    Wilmington DE 19850-5168
10127327      Providian,    P.O. Box 660548,    Dallas, TX 75266-0548
10127328      Providian,    1100 E. Arbrook Blvd.,    Arlington, TX 76014-3341
10127329     +Swedish American Hospital,    1401 E. State St,    Rockford, IL 61104-2298
```

The following entities were served by electronic transmission on Aug 02, 2006 and receipt of the transmission
was confirmed on:
```
10127320     +E-mail: mrdiscen@discoverfinancial.com Aug 02 2006 23:17:47     Discover,    Greenwood Trust,
               P.O. Box 6000,    Dover, DE 19903-6000
10127322      E-mail: mrdiscen@discoverfinancial.com Aug 02 2006 23:17:47     Discover,    P.O. Box 689,
               Sandy, UT 84091-0689
10127321      E-mail: mrdiscen@discoverfinancial.com Aug 02 2006 23:17:47     Discover,    PO Box 30395,
               Salt Lake City, UT 84130-0395
10613876     +E-mail: mrdiscen@discoverfinancial.com Aug 02 2006 23:17:47
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026-8003
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2006**                    **Signature:**    *Joseph Speetjens*